UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

The Alegra Collection, LLC
a Florida Limited Liability Company

    Plaintiff

-v-

                        Case No.:

CNC Motors, Inc.
a California Corporation

Clayton Thom; and

Joseph Firmapaz

    Defendantx
_____/

## COMPLAINT FOR DAMAGES

Plaintiff The Alegra Collection, LLC ("Alegra" or "Plaintiff"), by and through the undersigned counsel, hereby files this Complaint against Defendants CNC Motors, Inc., Clayton Thom; and Joseph Firmapaz (collectively "Defendants") and states as follows:

## INTRODUCTION

1. This is in an action in contract and tort involving the sale of a 2017 Mercedes G550 4X4 Squared and Defendants failure to deliver title following the sale.

2. Ultimately, Alegra has discovered that Defendants are participating in a scheme whereby Defendants Thom, Firmapaz, and other employees of CNC obtain luxury vehicles from across the United States (including Florida) to consign for various consignors. Defendants then find purchasers to purchase the vehicles (such as Alegra). The purchasers then purchase the vehicles from Defendants. However, the Defendants do not pay the consignor their money after the sale. Thereby leaving the bona-fide purchasers without the title to their vehicles, rending their newly purchased vehicles useless.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction under 28 U.S.C. §1332 because there is a diversity of citizenship, and the amount of the damages and injunctive relief sought has a monetary value exceeding $75,000.00.

4. This Court has personal jurisdiction over Defendants under Florida Long Arm Statute, §48.193 (1)(a)(1),(2),(6)(b),(7) and §48.193(2).

5. Defendants have committed a tort within the State, breached a contract which required performance in the State, used property which originated from the State, and have caused an injury to Plaintiff within the State.

6. Venue in this District is proper pursuant to 28 U.S.C. §1391(b)(2) the breach and injury occurred within this District.

## PARTIES

7. Plaintiff, The Alegra Collection, LLC is a limited-liability company organized and existing under the laws of the State of Florida, with its principal place of business in Hillsborough County, Florida. The member(s) of Alegra are residents and/or domiciled in the State of Florida. Accordingly, Alegra is a citizen of the State of Florida.

8. Defendant, CNC Motors, Inc. ("CNC") is a corporation organized and existing under the laws of the State of California, with its principal place of business in San Bernardino County, California. CNC is a citizen of the State of California.

9. Defendant, Clayton Thom ("Thom"), is a resident of the state of California residing in either San Bernardino County, California or Los Angeles County, California.

10. Defendant, Joseph Firmapaz ("Firmapaz"), is a resident of the state of California residing in either San Bernardino County, California or Los Angeles County, California.

11. There is complete diversity of citizenship.

## FACTUAL BACKGROUND

12. Alegra is a licensed automobile dealer pursuant to Florida Statute §320.27 operating in Tampa, Florida.

13. On or around December 04, 2020, Alegra purchased a 2017 Mercedes G550 4X4 Squared Vin WDCYC5FF5HX274746 (the "Vehicle") from Defendant CNC Motors, and their President and Sales representatives Defendants Clayton Thom and Joseph Firmapaz respectively.

14. Specifically, on or around December 04, 2020 Alegra wired $225,000.00 to Defendant CNC for the Vehicle (the "Wire"). A copy of the Wire transfer receipt is attached hereto as **Exhibit A**.

15. On or around January 04, 2021, Alegra went to CNC Motors to pick up the Vehicle.

16. When Alegra arrived at CNC to pick up the Vehicle, Defendants did not have the title to the Vehicle ready. **However, Defendants promised to specifically deliver the title for the Vehicle to Tampa, Florida.**

17. Defendants indicated they would even drive the title to Tampa, Florida if needed.

18. Alegra as a licensed automobile dealer cannot sell a vehicle without proper title.

19. Throughout January through March, 2021, Alegra would frequently follow up with Defendants to advise on the status and Defendants would not promptly respond or provide various excuses.

20. Defendants despite repeated demands refuse to provide title to the Vehicle; leaving Alegra having a Vehicle that is essentially a large and expensive storage container.

21. Alegra has since discovered that Defendants are participating in a scheme whereby Defendants Thom, Firmapaz, and other employees of CNC obtain luxury vehicles to consign for

various consignors. Defendants then find purchasers to purchase the vehicles (such as Alegra). The purchasers then purchase the vehicles from Defendants. However, the Defendants do not pay the consignor their money after the sale. Thereby leaving the bona-fide purchasers without the title to their vehicles, rending their newly purchased vehicles useless. Examples of this scheme are attached hereto as **Exhibit B**.

22. Further, on March 22, 2021, Alegra was advised that the Vehicle still had a lien of approximately $190,000 which Alegra presumes is as a result of Defendants failure to pay the Vehicle's Consignor.

23. Alegra has been damaged because Alegra does not have clean title to the Vehicle it purchased from Defendants.

24. All conditions precedent prior to bringing this action have been met.

## COUNT I
## CONVERSION

25. Alegra realleges paragraphs 1 through 24.

26. Defendants knowingly and intentionally converted the Vehicle by keeping the proceeds for themselves from Alegra and refusing to provide the Title to Alegra.

27. Alegra was damaged as a result of Defendants' conversion of the Vehicle.

WHEREFORE, tAlegra requests that the Court enter a judgment (i) awarding Alegra damages, prejudgment interest, and costs against Defendants, and (ii) granting such further relief as the Court deems just and proper.

## COUNT II
## FRAUD

28. Alegra realleges paragraphs 1 through 24.

29. Defendants knowingly and intentionally engaged in a scheme whereby Defendants would lure prospects luxury vehicles from across the United States (such as from Florida) to place in their dealership on consignment.

30. Defendants then procure buyers from across the United States (such as Alegra) for these luxury vehicles. After the buyer arrives at the dealership, the Defendants sell the vehicles to the applicable buyer who leaves CNC with the vehicle.

31. However, the Defendants do not then pay the consignor for their vehicle, creating a situation where the consignor, consignor's lender, and buyer are holding the bag while Defendants keep the funds for themselves. Further, this scheme prevents title to the vehicles from ever transferring.

32. Defendants have damaged Alegra as a result of the scheme.

WHEREFORE, Alegra requests that the Court enter a judgment (i) awarding Alegra damages, prejudgment interest, and costs against Defendants, and (ii) granting such further relief as the Court deems just and proper.

## COUNT III
## BREACH OF CONTRACT

33. Alegra realleges paragraphs 1 through 24.

34. After failing to provide the title initially, Defendants agreed to deliver the title to Alegra for the Vehicle in Florida.

35. Defendants took monies from Alegra.

36. Defendants failed to deliver the Title to Alegra in Florida.

37. Alegra has been damaged as a result of Defendants' failure to provide the title.

WHEREFORE, the Alegra requests that the Court enter a judgment (i) awarding Alegra damages, prejudgment interest, and costs against Defendants, and (ii) granting such further relief as the Court deems just and proper.

## **CONCLUSION**

WHEREFORE The Alegra Collection, LLC demands judgment against against Defendants CNC Motors, Inc., Clayton Thom; and Joseph Firmapaz. for damages, attorney's fees, costs and expenses of this action.

                                                            s/Adam Hersh/
                                                           Adam Hersh, Esq.
                                                           Florida Bar Number 0098549
                                                           eService: adam@bluechip.law
                                                           Counsel for Plaintiff,
                                                           Blue Chip Law, PLLC
                                                           301 W. Platt Suite A-339
                                                           Tampa, FL 33606
                                                           Phone: 813.588.5100
                                                           Fax: 813.607.4120